**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01945-RPM-BNB

CATHY SULLIVAN,

       Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INCORPORATED,
a Tennessee corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: October 30, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge